IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**STEVEN R. STONE,**

    **Plaintiff,**

**v.**     **No. CIV 12-0616 LH/LAM**

**FORD MOTOR CREDIT, et al.,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff filed a complaint (*Doc. 1*) in this case on June 7, 2012. The Court has determined that Plaintiff's filings are deficient in that the filing fee has not been received and Plaintiff has not filed an application to proceed *in forma pauperis*. **Failure to cure this deficiency within thirty (30) days from the date of this order may result in the dismissal of this case without further notice.**

    **IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency described above **within thirty (30) days** from the date of this order. Any papers which Plaintiff files in response to this order must include the civil action number of this case which is CV 12-0616 LH/LAM .

    **IT IS FURTHER ORDERED** that the Clerk of the Court mail to Plaintiff, together with a copy of this order, the a copy of the form titled "Application to Proceed in District Court Without Prepaying Fees or Costs" which is Form AO-239.

    **IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiency within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

2